UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| | |
|---|---|
| BLUESCOPE STEEL, LTD., <br> BLUESCOPE STEEL AMERICAS INC., <br> AND NORTH STAR BLUESCOPE STEEL LLC, <br><br>                                Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>                                Defendant. | SUMMONS <br><br> Court No.  22-00353 |

**TO:**    The Attorney General, and the U.S. International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

_/s/ Mario Toscano_
Clerk of the Court

---

1. Plaintiff BlueScope Steel, Ltd., is a foreign producer and exporter of the merchandise subject. Plaintiff BlueScope Steel Americas Inc. a U.S. importer of the merchandise subject. Plaintiff North Star BlueScope Steel LLC is a U.S. producer of the merchandise Plaintiffs fully participated as interested parties within the meaning of 19 U.S.C. § 1677(9)(A), (C) in the proceeding before the U.S. International Trade Commission that resulted in the contested determination. Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   _____
    (Name and standing of plaintiff)

2. Plaintiffs contest the determination of the U.S. International Trade Commission in the five-year sunset review of the antidumping duty orders on hot-rolled steel from Australia, Japan, Netherlands, Russia, South Korea, Turkey, and the United Kingdom as published in *Hot-Rolled Steel from Australia, Brazil, Japan, Korea, Netherlands, Russia, Turkey, and the United Kingdom,* Inv. Nos. 701-TA-545-546 and 731-TA-1291-1297 (Review) and 731-TA-808 (Fourth Review), USITC Pub. 5380 (Nov. 2022)  (Final); *Hot-Rolled Steel From Australia, Brazil, Japan, Netherlands, Russia, South Korea, Turkey, and the United Kingdom Determination,* 87 Fed. Reg. 74,167 (Int'l Trade Comm'n Dec. 2, 2022).
   _____
   (Brief description of contested determination)

3. <u>November 25, 2022</u>
   (Date of determination)

4. <u>Dec. 2, 2022 (87 Fed. Reg. 74,167)</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Daniel L. Porter</u>

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiffs*

Dated: <u>December 29, 2022</u>

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.):

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


The Honorable Lisa R. Barton
Secretary
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, S.W.
Washington, DC 20436

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444