**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| BLUESCOPE STEEL, LTD., BLUESCOPE STEEL AMERICAS INC., AND NORTH STAR BLUESCOPE STEEL LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant | Court No. 22-00353 |

**DEFENDANT-INTERVENORS' RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION TO CONSOLIDATE**

On behalf of Defendant-Intervenors Cleveland-Cliffs Inc., Nucor Corporation, Steel Dynamics Inc., SSAB Enterprises LLC, and United States Steel Corporation ("Defendant-Intervenors"), we hereby submit this response in opposition to Plaintiffs' motion to consolidate this appeal with the appeals of the International Trade Commission's determinations for imports of hot-rolled steel from Turkey and Brazil (Ct. Nos. 22-351 and 22-355). *See* BlueScope's Motion to Consolidate ("Motion"), Ct. No. 22-353, ECF No. 35.

For the reasons set forth in the International Trade Commission's Opposition to Plaintiffs' Motion to Consolidate, which is being filed today, Defendant-Intervenors oppose Plaintiffs' Motion to consolidate these three appeals. Defendant-Intervenors concur with the arguments being made by the International Trade Commission in its opposition to Plaintiffs' Motion. Accordingly, we support consolidation of this appeal, which challenges the Commission's affirmative injury determination with respect to imports from Australia, with the appeal challenging the Commission's affirmative injury determination with respect to imports

from Turkey, *Eregli Demir ("Erdemir") ve Celik Fabrikalari T.A.S. v. ITC* (Ct. No. 22-351) ("Turkey Appeal").  *See* Joint Status Report, Ct. No. 22-353, ECF No. 32.  We do not, however, support the consolidation of this appeal and the Turkey Appeal with the appeal challenging the Commission's negative injury determination with respect to Brazil, *Cleveland-Cliffs Inc. v. United States,* Ct. No. 22-355 ("Brazil Appeal").

In sum, the Court should consolidate this appeal and the Turkey Appeal (Ct. Nos. 22-351 and 22-353) but not the Brazil Appeal (Ct. No. 22-00355).

Respectfully submitted,

*/s/ Stephen P. Vaughn*
Stephen P. Vaughn
Neal Reynolds
Barbara Medrado

**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Cleveland-Cliffs*

*/s/ Christopher B. Weld*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-3375
aprice@wiley.law

*Counsel for Nucor Corporation*

*/s/ Jeffrey D. Gerrish*
Roger B. Schagrin, Esq.
Jeffrey D. Gerrish, Esq.
**SCHAGRIN ASSOCIATES**
900 Seventh Street, NW
Suite 500
Washington, DC 20001
(202) 223-1700
rschagrin@schagrinassociates.com

*Counsel for Steel Dynamics Inc. and SSAB Enterprises LLC*

*/s/ Sarah E. Shulman*
Thomas M. Beline, Esq.
Sarah E. Shulman, Esq.
**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, DC 20006
(202) 567-2316
tbeline@cassidylevy.com

*Counsel for United States Steel Corporation*

April 25, 2023